# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Rodwyn Taylor,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:23-cv-00273-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Lane Huneycutt,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2023 Order.

May 25, 2023

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court